**No. 49719.**—Protests 69186–K, etc., of Import & Export Service Co. (Detroit).

Opinion by KEEFE, J.   It was stipulated that the merchandise in question

consists of raw white gutta-percha similar to that the subject of *United States* v. *United States Rubber Co.* (31 C. C. P. A. 174, C. A. D. 269). The protests were sustained.